1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

JOHN W. HERMANN,

11
          Plaintiff,

12

v.

13

DEPUTY PAUL CASAS,

14
          Defendant.

15

No. 5:20-CV-1682-JAK (SPx)

**ORDER RE STIPULATION FOR DISMISSAL (DKT. 94)**

JS-6

16
17
18
19
20
21
22
23
24
25
26
27
28

1

Based on a review of the Stipulation for Dismissal (the "Stipulation" (Dkt. 94)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**.

Pursuant to Fed. R. Civ. P. 41(a), and the parties' Settlement Agreement, this action is dismissed with prejudice. All parties are to bear their own costs and attorney's fees arising out of this matter except as provided in the Settlement Agreement.

**IT IS SO ORDERED.**

Dated:  March 04, 2024

_____

John A. Kronstadt
United States District Judge